# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| DEBORAH KAY ROBERTS and LOWELL WAYNE ROBERTS, | ) | Case No. 3:23-cv-137 |
| | ) | |
| *Plaintiffs*, | ) | Judge Atchley |
| | ) | |
| v. | ) | Magistrate Judge McCook |
| | ) | |
| BOYD SPORTS, LLC, | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action with prejudice after ordering the parties to resolve this matter according to their binding arbitration agreement,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT